# Court of Appeals
# of the State of Georgia

ATLANTA,  December 05, 2019

*The Court of Appeals hereby passes the following order:*

## A20D0183.  WILLIAM BURKE v. GLEN JOHNSON, WARDEN.

In 2014, a jury convicted William Burke of felony murder and possession of a firearm during the commission of a felony, and the Georgia Supreme Court affirmed his convictions on appeal. See *Burke v. State*, 302 Ga. 786 (809 SE2d 765) (2018). Burke thereafter filed an application for writ of habeas corpus, which the trial court denied. Burke's appeal of the denial of his application for writ of habeas corpus is currently pending in the Georgia Supreme Court. See Case No. S19H1598. Burke then filed in the trial court a motion to order reimbursement of the filing fee he alleges was improperly withdrawn by the trial court from his account. The trial court denied the motion, and Burke filed an application for discretionary review in this Court.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of felony murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"). Additionally, the Supreme Court has exclusive appellate jurisdiction over

all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  12/05/2019*
        *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*